# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Kevin F. Keskinen,
             Plaintiff,

vs.                                                C.A. No.  2:08-cv-10538
                                                   Honorable Robert H. Cleland
                                                   Magistrate Judge Virginia M. Morgan

Commissioner of
Social Security,
             Defendant.
_____/

## ORDER AWARDING ATTORNEY'S FEES

        This matter is before the court on Plaintiff's motion for attorney fees to be paid by

defendant pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 (d).  No

objections were filed by defendant.

        Having reviewed the file and the motion, the court determines that the

government's position was not "substantially justified", that the plaintiff is the prevailing

party, and that no "special circumstances" make an award of fees unjust.

## ORDER

        IT IS ORDERED that Plaintiff's motion for attorney fees in the amount of

$2,349.00, to be paid directly to plaintiff's attorney, by defendant, pursuant to the Equal

Access to Justice Act, 28 U.S.C. §2412 (d) is **GRANTED**.

        IT IS SO ORDERED.


                                          S/Robert H. Cleland
                                         _____
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE


Dated:  March 19, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 19, 2009, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522